Stanley JOSEPH, Movant/Appellant,

v.

STATE of Missouri, Respondent.

No. 61964.

Missouri Court of Appeals,
Eastern District,
Division One.

March 9, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 13, 1993.

Application to Transfer Denied
May 25, 1993.

Dave Hemingway, St. Louis, for movant/appellant.

William L. Webster, Atty. Gen., Michael J. Runzi, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

Movant appeals from the denial, without an evidentiary hearing, of his Rule 24.035 motion for postconviction relief.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the motion court is affirmed in accordance with Rule 84.16(b).